# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-3359

_____

United States of America

*Plaintiff - Appellee*

v.

Jimarus Westley Puckett

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Eastern

_____

Submitted: June 11, 2026
Filed: June 16, 2026
[Unpublished]

_____

Before SMITH, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Jimarus Puckett received a 72-month sentence after he pleaded guilty to a firearm offense. *See* 18 U.S.C. §§ 922(g)(1), (9), 924(a)(8). An *Anders* brief suggests that the sentence is substantively unreasonable. *See Anders v. California*, 386 U.S. 738 (1967).

We conclude otherwise. *See United States v. Feemster*, 572 F.3d 455, 461–62 (8th Cir. 2009) (en banc) (reviewing for an abuse of discretion). The record establishes that the district court[1] sufficiently considered the statutory sentencing factors, *see* 18 U.S.C. § 3553(a), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. McDaniels*, 19 F.4th 1065, 1067 (8th Cir. 2021) (per curiam) (explaining that the district court has "latitude to weigh the relevant sentencing factors . . . differently than a defendant would have preferred" (citation omitted)).

We have also independently reviewed the record and conclude that no other non-frivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988). We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

---

[1]The Honorable C.J. Williams, Chief Judge, United States District Court for the Northern District of Iowa.